1406

## MOTION DOCKET

**90–338.** State v. Richey. *Putnam County,* No. 12–87–2. On motion for admission *pro hac vice* by Kenneth J. Parsigian. Motion granted.

**94–1217.** Hood v. Diamond Products, Inc. *Lorain County,* No. 93CA005649. On motion with respect to judicial notice of legislative facts. Motion denied.

**94–1557.** Dixon v. Gen. Motors Corp. *Defiance County,* No. 4–94–1. On motion to strike portions of appellant's supplement. Motion granted and attorney fees of $500 allowed as a sanction against appellant's attorneys.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., would not allow attorney fees as a sanction.

**94–1869.** Am. Cyanamid Co. v. Tracy. Board of Tax Appeals, No. 92–G–1380. On request for argument before full court. Request granted and cause to be argued on same date as 94–1241, *Boehringer Ingelheim Pharmaceuticals, Inc. v. Tracy,* Board of Tax Appeals, No. 92–M–434.

**94–1962.** Creed v. Sauline. *Trumbull County,* No. 93–T–4977. On motion to strike. Motion denied.

MOYER, C.J., would grant the motion regarding parts not part of the record.

WRIGHT, J., would grant the motion.

**95–222.** Allstate Ins. Co. v. Cutcher. Certified State Law Question, No. 3:93cv7721. On preliminary memorandum pursuant to S.Ct.Prac.R. XVIII(6). The court will answer Questions A and B, found at page 4 of the Certification Order of Judge James G. Carr.

MOYER, C.J., WRIGHT and COOK, JJ., would answer Question A only.

**95–459.** Lewis v. Ohio Edison Co. *Mahoning County,* No. 94 C.A. 20. On motion for leave to file statement of additional authorities. Motion granted.

COOK, J., not participating.

**95–473.** State v. Fleischer. *Licking County,* No. CA–3613. On motion for leave to file delayed appeal. Motion denied.